IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 APR 16  A 10: 38

CLERK M. Akuo
SO. DIST. OF GA.

| | | |
|---|---|---|
| WILLIAM E. WEST, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-027 |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS; MR. EDWARD | ) | |
| PHILBIN, Warden; MS. TAMIKA HARVEY, | ) | |
| Deputy Warden of Security; MS. | ) | |
| MELCHERT, Health Service Administrator; | ) | |
| MS. RUTH SHELTON, Deputy Warden of | ) | |
| Care and Treatment; and MS. JAQULYN | ) | |
| CHAMPION, Food Director, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this __16th__ day of April, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA